IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

LACY WRIGHT, JR. et al.,

    Plaintiffs,

v.                                      CIVIL ACTION NO. 1:08-1431

JAMES M. SUTTON, et al.,

    Defendants.

**MEMORANDUM OPINION AND ORDER**

    By Memorandum Opinion and Order dated December 9, 2009, the court granted the motion of the Federal Deposit Insurance Corporation ("FDIC"), as Receiver for Ameribank, Inc., to stay this case pending the exhaustion of administrative remedies. The court further directed counsel for the FDIC to inform the court when the time for the administrative claims process applicable to this case had expired so that it might lift the stay.

    On January 6, 2010, the FDIC filed a motion to dismiss and, in that motion, notified the court that the administrative claims process had been completed. For this reason, the court hereby ORDERS the stay herein lifted and the case will proceed accordingly.

    The Clerk is requested to send a copy of this Memorandum Opinion and Order to counsel of record.

    **IT IS SO ORDERED** this 15th day of January, 2010.

                                        ENTER:

                                        David A. Faber
                                        Senior United States District Judge